IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PATRICK M. HOLZINGER,

      Appellant,

v.

JODI M. HOLZINGER,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1079

_____/

Opinion filed July 12, 2017.

An appeal from the Circuit Court for Santa Rosa County.
Marci L. Goodman, Judge.

Stephen R. Hogan of Law Office of Stephen R. Hogan, P.A., Pensacola, for
Appellant.

James L. Chase and Hunter R. Higdon of James L. Chase & Associates, PLC,
Pensacola, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, MAKAR, and JAY, JJ., CONCUR.